IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR507-19 |
| v. ) | |
| ) | |
| MARK ERIC McDANIEL ) | |

## ORDER

The Court has been advised that all motions filed by Defendant have been resolved by the parties except for Defendant's Motion to Dismiss the Forfeiture Allegation Contained in the Indictment.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 27th day of March, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)